IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLOVIS GURLEY                                                                                          PLAINTIFF

v.                                            Case No. 4:25-cv-4054

SHERIFF BOBBY WALRAVEN;
INVESTIGATOR JAMES GREEN; and
SGT. HOPKINS                                                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Ford Recommends that this case be administratively stayed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971) because there are ongoing State criminal proceedings against Plaintiff that offer him an opportunity to obtain the relief he seeks in this matter. Judge Ford further recommends that Plaintiff be directed to move to reopen this matter within thirty (30) days of the resolution of his State criminal proceedings. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 9) in toto. Accordingly, this case is **ADMINISTRATIVELY STAYED** because of the ongoing State criminal proceedings against Plaintiff. Plaintiff is **directed** to file a motion to reopen this case within thirty (30) days of the resolution of the State criminal proceedings.

**IT IS SO ORDERED**, this 3rd day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge